UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60594-CIV-ZLOCH

OMAR BROWN,

    Plaintiff,

vs.                                    **O R D E R**

CARRIAGE CEMETERY SERVICES,
INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Carriage Cemetery Services, Inc.'s Motion To Dismiss (DE 7). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause with the filing of his Complaint (DE 1) on April 24, 2008. Defendant filed the instant Motion To Dismiss (DE 7), arguing that Plaintiff cannot simultaneously both prosecute this action in his own name and be a member of an earlier-filed class action against Defendant in the United States District Court for the District of Nevada. See Case No. 07-CV-1587-RHL-PAL, for the District of Nevada. Defendant also argues that the class action allegations in the Complaint (DE 1) cannot be maintained against Defendant in light of said earlier-filed action. Defendant acknowledges, though, that "if Plaintiff Brown intends to withdraw his collective action claim and also withdraw his consent form in the Cranmey case, he may proceed with his individual claim here." DE 7, p. 7 n.7. By Plaintiff's

Response (DE 15) to the instant Motion and the Exhibit thereto, he has so expressed his intent to withdraw from the class action and his class action allegations herein. See DE 15, ¶ 5; id., Ex. A.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Carriage Cemetery Services, Inc.'s Motion To Dismiss (DE 7) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of July, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record