```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60594-CIV-ZLOCH
```

OMAR BROWN, and KENNETH
BROWN,

      Plaintiffs,

vs.                                        **O R D E R**

CARRIAGE CEMETERY SERVICES, INC.,

      Defendant.
_____/

      THIS MATTER is before the Court upon Plaintiffs' Agreed Motion To File First Amended Complaint (DE 20). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      Federal Rule of Civil Procedure 15 provides that leave to amend must be "freely given when justice so requires." Fed. R. Civ. P. 15(a). The Supreme Court has held that district courts are required to grant such leave to amend in the absence of reasons for denial such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc." Foman v. Davis, 371 U.S. 178, 182 (1962). The Eleventh Circuit has held that "'[u]nless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial.'" Epsey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) (quoting Dussouy v. Gulf Coast Inv.

Corp., 660 F.2d 594, 598 (5th Cir. 1981)).  The Court notes that no substantial reason exists for the denial of the instant Motion (DE 20).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Agreed Motion To File First Amended Complaint (DE 20) be and the same is hereby **GRANTED,** and Plaintiffs' First Amended Complaint (DE 21) is hereby deemed timely filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   14th   day of August, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record